# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Equal Employment Opportunity Commission

                                      Plaintiff,

v.                                                           Case No.: 1:11−cv−06378

                                                                   Honorable Milton I. Shadur

Bank of America N.A.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: MOTION by plaintiff U.S. Equal Employment Opportunity Commission in limine No. 2 [50] is denied as moot. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.